122 A.3d 364

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Bryant HAGGOOD, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

634

Hugh J. Burns, Philadelphia, for Commonwealth of Pennsylvania.

Emily Camille Dust, Karl Baker, Peter Rosalsky, Defender Association of Philadelphia, Philadelphia, for Bryant Haggood.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).